■ RONALD J. ZIMMERMAN et al., Appellants, v DONALD J. ROSIEK et al., Respondents. (Appeal No. 2.) [665 NYS2d 498] —Appeal unanimously dismissed without costs (see, Smith v Catholic Med. Ctr., 155 AD2d 435; see also, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Set Aside Verdict.) Present—Pine, J. P., Hayes, Wisner, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN E. SMITH, Appellant. [665 NYS2d 499] —Judgment unanimously affirmed (see, People v Coleman [appeal No. 1], 219 AD2d 827). (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Attempted Rape, 2nd Degree.) Present—Denman, P. J., Lawton, Hayes, Balio and Boehm, JJ.